**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DEBORAH R. WHALEY,                    )   NO. CV 12-04888 SS
                                      )
                Plaintiff,            )
                                      )
          v.                          )
                                      )            **JUDGMENT**
CAROLYN W. COLVIN,                    )
Acting Commissioner of the            )
Social Security Administration,       )
                                      )
                Defendant.            )
_____)

     IT IS ADJUDGED that the decision of the Commissioner is REVERSED
and that the above-captioned action is REMANDED to the Commissioner for
further action consistent with the Court's Memorandum Decision and Order
filed in connection with this Judgment.


DATED: April 30, 2013              _____/S/_____
                                   SUZANNE H. SEGAL
                                   UNITED STATES MAGISTRATE JUDGE