1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

8
9
10

| | | |
|---|---|---|
| DEBORAH R. WHALEY, | ) | NO. CV 12-04888 SS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ADJUDGED that the decision of the Commissioner is REVERSED
and that the above-captioned action is REMANDED to the Commissioner for
further action consistent with the Court's Memorandum Decision and Order
filed in connection with this Judgment.


DATED: April 30, 2013          _____/S/_____
                               SUZANNE H. SEGAL
                               UNITED STATES MAGISTRATE JUDGE