Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Deborah R. Whaley

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH R. WHALEY,<br><br>              Plaintiff,<br><br>        vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>              Defendant | Case No.: CV 12-04888 SS<br><br>ORDER AWARDING EQUAL<br>ACCESS TO JUSTICE ACT<br>ATTORNEY FEES AND EXPENSES<br>PURSUANT TO 28 U.S.C. § 2412(d)<br>AND COSTS PURSUANT TO 28<br>U.S.C. § 1920 |

        Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

        IT IS ORDERED that fees and expenses in the amount of $3,900.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:    6/17/13

_____/S/_____
THE HONORABLE SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

-1-

1    Respectfully submitted,

2    LAW OFFICES OF Lawrence D. Rohlfing

3           /s/ *Lawrence D. Rohlfing*

     _____
4    Lawrence D. Rohlfing
     Attorney for plaintiff Deborah R. Whaley

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26